# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.   Ramos, Ester   Docket No.   0980 4:19CR06070-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ester Ramos, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of December 2019, under the following conditions:

**Standard Condition No. 9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance under Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition No. 5:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Office.

**Special Condition No. 7:** Defendant shall submit to a mental health evaluation and undergo any recommended mental health treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On January 13, 2019, Ester Ramos failed to submit to urine drug testing as directed.

**Violation No. 2:** On January 15, 2020, Ester Ramos submitted a urine sample which tested presumptively positive for the use of fentanyl and cocaine. Ms. Ramos admitted, in writing, to having last consumed fentanyl on January 13, 2020. She denied any use of cocaine.

**Violation No. 3:** On January 15, 2020, Ester Ramos was in possession of fentanyl and hydrocodone without a prescription.

**Violation No. 4:** As of January 15, 2020, Ester Ramos has failed to obtain a mental health evaluation.

On December 26, 2019, Ms. Ramos met with a probation officer and reviewed the release conditions. The defendant signed a copy of the release conditions, acknowledging that she fully understood the conditions and received a copy of them. On that same date, Ms. Ramos was provided written instructions regarding the drug testing program and directed to call Merit Resources Services' (Merit) drug testing color line daily. The defendant was directed to report to Merit when her color group, gold, was indicated and submit to urine drug testing

On January 13, 2020, the color group gold was directed to report for urine drug testing at Merit. Ms. Ramos failed to report to Merit and submit for drug testing. Ms. Ramos was contacted by the probation officer and she admitted that she had not called the color line.

On January 15, 2020, Ms. Ramos reported to the probation office as directed and submitted to urine drug testing. The sample tested presumptively positive for the use of fentanyl and cocaine. Ms. Ramos admitted, in writing, to having used fentanyl last on January 13, 2020. She denied the use of cocaine. The urine sample was forwarded to Alere Laboratory for confirmation testing.

PS-8
Re: Ramos,, Ester
January 15, 2020
Page 2

The probation officer asked Ms. Ramos if she had any more drugs at her home and if she would be willing to surrender them to avoid further temptation to use. She stated yes. Probation officers met the defendant at her residence and she surrendered four fentanyl pills, two hydrocodone pills, and a hard plastic straw that she used to snort the drugs.

Ms. Ramos was also questioned regarding the mental health assessment she was directed to complete. The defendant admitted that she has not called Riverview Counseling as directed. The probation officer assisted with a call to Matthew Cummings at Riverview Counseling to schedule her mental health assessment.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 15, 2020

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer
1/15/2020

Date