# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ramos, Ester | Docket No. | 0980 4:19CR06070-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ester Ramos, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of December 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance under Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ester Ramos is alleged to have violated her pretrial release conditions by using Fentanyl on or about February 19, 2020.

On December 26, 2019, Ms. Ramos met with a probation officer and reviewed the release conditions. The defendant signed a copy of the release conditions, acknowledging that she fully understood the conditions and was provided a copy.

On February 20, 2020, the probation officer contacted Ms. Ramos at her residence. Ms. Ramos was questioned when her last drug use occurred, to which she admitted she used on February 19, 2020. The defendant stated she used after she had been suspended from her employment when a background check revealed the instant offense. Ms. Ramos was directed to report to the probation office that same day for urinalysis testing. While at the probation office, Ms. Ramos again admitted to another probation officer that she used Fentanyl. The sample collected was presumptively positive for Fentanyl and cocaine. The sample has been sent to Alere Toxicology Services for confirmation. Ms. Ramos denied the use of cocaine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: February 21, 2020 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_M. K. Dimke_
Signature of Judicial Officer

2/21/2020
Date