UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ramos, Ester | Docket No. | 0980 4:19CR06070-001 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ester Ramos, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of December 2019, under the following conditions:

<u>Standard Condition #9:</u> Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance under Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
    (If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation No. 2:</u> Ester Ramos is alleged to have violated the conditions of her supervision by testing positive for fentanyl on February 25, 26, and 28, 2020.

On December 26, 2019, Ms. Ramos met with a probation officer and reviewed the release conditions. The defendant signed a copy of the release conditions, acknowledging that she fully understood and was provided a copy.

On February 25, 26 and 28, 2020, Ms. Ramos reported to the probation office and submitted to urine drug testing. The samples tested presumptively positive for the use of fentanyl and were sent to Alere Toxicology Services (Alere) for confirmation testing. Each date, Ms. Ramos denied any illicit drug use since February 19, 2020, as reported in the February 21, 2020, petition. The February 25 and 26, 2020, samples were confirmed positive for the presence of fentanyl by Alere on February 29, 2020. The February 28, 2020, sample confirmation results remain pending.

<u>Violation No. 3:</u> Ester Ramos is alleged to have violated the conditions of her supervision by testing positive for cocaine on February 26, 2020.

On December 26, 2019, Ms. Ramos met with a probation officer and reviewed the release conditions. The defendant signed a copy of the release conditions, acknowledging that she fully understood and was provided a copy.

On February 25, 26 and 28, 2020, Ms. Ramos reported to the probation office and submitted to urine drug testing. The samples tested presumptively positive for the use of cocaine and were sent to Alere for confirmation testing. Each date, Ms. Ramos denied any illicit drug use since February 19, 2020, as reported in the February 21, 2020, petition. The February 25, 2020, sample was not tested by the laboratory for cocaine due to an insufficient sample size. The February 26, 2020, sample was confirmed positive for the presence of cocaine by Alere on February 31, 2020. The February 28, 2020, sample was confirmed negative for the use of cocaine by Alere.

<u>Violation No. 4:</u> Ester Ramos is alleged to have violated her pretrial release conditions by using Fentanyl on February 29, 2020.

PS-8
Re: Ramos, Ester
March 3, 2020
Page 2

On December 26, 2019, Ms. Ramos met with a probation officer and reviewed the release conditions. The defendant signed a copy of the release conditions, acknowledging that she fully understood and was provided a copy.

On March 2, 2020, Ms. Ramos submitted to urine drug testing at the probation office. The sample was presumptively positive for the use of fentanyl. The defendant admitted, in writing, to using fentanyl on February 29, 2020.

PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATIONS WITH THE PETITION SUBMITTED FEBRUARY 21, 2020, AND ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2020

by s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer
3/3/2020
Date