UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2020

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ramos, Ester | Docket No. | 0980 4:19CR06070-SMJ-1 |

**Petition for No Action on violation at this time**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ester Ramos, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance under Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation No. 2:** Ester Ramos is alleged to have violated the conditions of her supervision by disclosing to this officer that on or about March 19, 2020, while in custody, she used a white powder substance she believed was possibly cocaine mixed with fentanyl.

On March 20, 2020, Ms. Ramos met with a probation officer who reviewed the release conditions and applied the electronic monitoring transmitter. The defendant verbally acknowledged she fully understood the conditions of pretrial release and was provided with a copy.

On March 23, 2020, Ms. Ramos disclosed to this officer she used a "white powder substance" while in custody on March 19, 2020. She believed the substance might have been "cocaine mixed with some fentanyl in it." Ms. Ramos provided a urine sample on March 23, 2020, at The Center for Alcohol and Drug Treatment (The Center). The sample was presumptive negative for all illegal narcotics. However, the testing device does not screen for fentanyl; therefore, the sample was sent for further laboratory analysis. The test results are pending.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME.

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: March 26, 2020 |
| by | s/Stephen Krous |
| | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*M. K. Dimke*

Signature of Judicial Officer

3/26/2020

Date