FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTER RAMOS,<br><br>Defendant. | No. 4:19-CR-06070-SMJ-1<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 90** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 90). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition No. 8, which currently imposes a curfew restricting her to her approved residence every day from 9:00 PM to 6:00 AM, except as authorized by her probation officer (ECF Nos. 29, 55), by moving her curfew back to 11:00 PM on Saturday nights to permit her to attend an evening self-help group meeting that will require travel. For the reasons set forth in the Motion;

ORDER - 1

**IT IS HEREBY ORDERED:**

1. The Motion to Modify Conditions of Release (**ECF No. 90**) is **GRANTED IN PART**.

2. Special Condition No. 8 (**ECF Nos. 29, 55**) shall be **MODIFIED** as follows:

Defendant shall participate in a program of GPS confinement. Defendant shall wear at all times, a GPS device under the supervision of U.S. Probation. Defendant shall be restricted to her approved residence **every day from 9:00 PM to 6:00 AM**, except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities. The Probation Office has the discretion to extend the curfew to 11:00 PM for the purposes of traveling to and attending treatment and/or self-help groups.

3. All other conditions of release shall remain in effect.

DATED June 29, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2